## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THOMAS J. GRECO AND RICHARD J. GRECO, TRADING AS TGRG, LLP, SUCCESSOR TO THOMAS J. GRECO, ERIC KORNFELD AND MITCHELL KORNFELD,

        Petitioners

        v.

CITIZENS BANK OF PENNSYLVANIA, SUCCESSOR TO UNITED PENN BANK AND MELLON BANK, N.A.,

        Respondents

: No. 56 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.